| | |
|---|---|
| **DISTRICT OF NEW JERSEY**<br>**UNITED STATES BANKRUPTCY COURT**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Ashley M Pascuzzi, Esq. - 272502018<br>GROSS POLOWY, LLC<br>Formed in the State of Delaware<br>2500 Plaza 5, Suite 2548<br>Jersey City, NJ 07311<br>(716) 204-1700<br>E-mail: apascuzzi@grosspolowy.com<br>Attorneys for Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC | |
| In Re:<br><br>  SHERREAN V WILLIAMS  AKA SHERREAN WILLIAMS<br><br>             Debtor(s). | Case No.: 19-33051-mbk<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
  2500 Plaza 5, Suite 2548
  Jersey City, NJ 07311

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

DATED: August 23, 2022                    GROSS POLOWY, LLC
                                          Formed in the State of Delaware

                                          */s/Ashley M Pascuzzi*
                                          By: Ashley M Pascuzzi, Esq.

*new.8/1/15*