Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

............District Of BYk ˙>ŶfgΥm

In re  Sherream V Williams        ,    Case No.  19-33051

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  22   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on         9/9/2022         .

| Lakeview Loan Servicing, LLC | Lakeview Loan Servicing, LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:
Lakeview Loan Servicing, LLC
c/o Flagstar Bank, FSB
5151 Corporate Drive
Troy, MI 48098

Address of Transferee:
Nationstar Mortgage LLC
P.O. Box 619096
Dallas, TX 75261-9741

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 9/12/2022                                    Jeanne A. Naughton
                                                   **CLERK OF THE COURT**