Law Offices of Peter E. Zimnis
1245 Whitehorse-Mercerville Road
Suite 412
Trenton, New Jersey 08619
(609) 581-9353

| | | |
|---|---|---|
| SHERREAM WILLIAMS | : | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| | : | CHAPTER 13 |
| Debtors | : | |
| | : | CASE NO.: 19-33051 MEH |
| | : | <u>CERTIFICATION IN SUPPORT OF</u> |
| | : | <u>DISCHARGE</u> |
| | : | |

     I, Sherream Williams, debtor in the above captioned case request the Court issue a Discharge on my behalf. As such, I hereby certify as follows:

1.     All payments required to be made by me to the standing Trustee under my Plan have been made and are paid in full

2.     __x___ I am not required to pay any domestic support obligations; or

     _____ I am required to pay domestic support obligations and I have paid any and all amounts payable under a Court Order or statute that were due on or before the date of this Certification; or

     _____ I am required to pay domestic support obligations but I have not paid all of the amounts due under a Court Order or statute as of the date of this Certification.

     I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

                                                 By: /s/ Sherream Williams_____

DATED: 5/23/25