| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Sherream V Williams<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2600<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–33051–MEH | |

## Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Sherream V Williams
    aka Sherrean Williams

<u>7/15/25</u>                                                        **By the court:** <u>Mark Edward Hall</u>
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

    ♦ debts that are domestic support
       obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified
       in 11 U.S.C. §§ 507(a)(8)( C),
       523(a)(1)(B), or 523(a)(1)(C) to the
       extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 19-33051-MEH
Sherream V Williams                                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                                           Page 1 of 4
Date Rcvd: Jul 15, 2025                   Form ID: 3180W                                        Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sherream V Williams, 50 Rosedale Avenue, Ewing, NJ 08638-3536 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Natio, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Thrift Investment Corporation, 720 King George's Post Road P.O. Box 538, Fords, NJ 08863-0538, UNITED STATES 08863-0538 |
| 518614013 | + | A-1 Collection, Re: Capital Health System, 2297 Rt. 33, Suite 906, Hamilton, NJ 08690-1717 |
| 518614016 | + | Anthony Apicelli, Esq., Re: Home Furniture; DC 3282-08, 2121 Rt. 33, Trenton, NJ 08690-1740 |
| 518614017 | + | Capital Health Systems, 750 Brunswick Avenue, Attn: Patient Accounts, Trenton, NJ 08638-4143 |
| 518614030 | + | DE Dept of Transp., Payment Processing, PO Box 697, Re: J69GTE/NJ; I-422181;, 5010001945494, Dover, DE 19903-0697 |
| 518860322 | + | Ewing Township, Municipal Complex, 2 Jake Garzio Drive, Ewing, NJ 08628-1544 |
| 518622580 | + | Ewing Township Tax Office, 2 Jake Garzio Drive, Attn: Tax Collector, Ewing, NJ 08628-1544 |
| 518614032 | + | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 518639621 | + | Home Furniture, c/o Anthony J. Apicelli, Jr., LLC, 2121 State Highway #33, Hamilton, NJ 08. 08690-1740 |
| 518614034 | + | Lenox Socey Wilgus, Re: American Trading; DC 10394-08, 136 Franklin Corner Road, Suite 110, Lawrence, NJ 08648-2586 |
| 518614035 | + | Lenox Socey Wilgus, Re: American Trading; DC 8372-14, 136 Franklin Corner Road, Suite 110, Lawrence, NJ 08648-2586 |
| 518687882 | + | TRENTON WATER WORKS, CITY OF TRENTON, 319 EAST STATE ST., ROOM 113, TRENTON, NJ 08608-1809 |
| 518705040 | + | Thrift Investment Corporation, 720 King George's Post Rd, PO Box 538, Fords, NJ 08863-0538 |
| 518614047 | | Trenton Water Works, PO Box 528, Trenton, NJ 08603 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518614014 | + | Email/Text: ebn@americanwebloan.com | Jul 15 2025 20:51:00 | American Web Loan, 3910 W 6th Avenue, Stillwater, OK 74074-1745 |
| 518614015 | + | EDI: AMSHER.COM | Jul 16 2025 00:38:00 | Amsher Collection Service, Re: T Mobile, 600 Beacon Parkway W Ste 300, Birmingham, AL 35209-3114 |
| 518614040 | | Email/Text: fwdbctl@spotloan.com | Jul 15 2025 20:50:55 | Spotloan, PO Box 720, Belcourt, ND 58316 |
| 518614020 | | EDI: CAPITALONE.COM | Jul 16 2025 00:38:00 | Capital One Services, 15000 Capital One Drive, Richmond, VA 23238 |
| 518614019 | + | EDI: CAPITALONE.COM | Jul 16 2025 00:38:00 | Capital One, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 518614018 | + | EDI: CAPITALONE.COM | Jul 16 2025 00:38:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518632964 | + | EDI: AIS.COM | Jul 16 2025 00:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-33051-MEH    Doc 54    Filed 07/17/25    Entered 07/18/25 00:15:18    Desc Imaged
                      Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2025 | Form ID: 3180W | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| 518658841 | + | EDI: AIS.COM | Jul 16 2025 00:38:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518614021 | + | EDI: CITICORP | Jul 16 2025 00:38:00 | Citibank (Best Buy), PO Box 6241, Sioux Falls, SD 57117-6241 |
| 518614022 | + | EDI: CITICORP | Jul 16 2025 00:38:00 | Citibank (Home Depot), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518614023 | + | EDI: CITICORP | Jul 16 2025 00:38:00 | Citibank (Sears), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518710461 | | EDI: CITICORP | Jul 16 2025 00:38:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518614024 | + | EDI: WFNNB.COM | Jul 16 2025 00:38:00 | Comenity Capital (Kay Jewelers), PO Box 182120, Columbus, OH 43218-2120 |
| 518614025 | + | EDI: WFNNB.COM | Jul 16 2025 00:38:00 | Comenity Capital (My Place), PO Box 182120, Columbus, OH 43218-2120 |
| 518614026 | + | EDI: WFNNB.COM | Jul 16 2025 00:38:00 | Comenity Capital (NY & Co), PO Box 182120, Columbus, OH 43218-2120 |
| 518614027 | + | EDI: WFNNB.COM | Jul 16 2025 00:38:00 | Comenity Capital (Victorias Secret), PO Box 182120, Columbus, OH 43218-2120 |
| 518614029 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2025 20:52:23 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 518614028 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2025 20:52:47 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518614031 | | EDI: CITICORP | Jul 16 2025 00:38:00 | FDS Bank/DSNB/Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 518702040 | | EDI: Q3G.COM | Jul 16 2025 00:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518614033 | | EDI: IRS.COM | Jul 16 2025 00:38:00 | IRS Insolvency Function, PO Box 724, Springfield, NJ 07081 |
| 518706245 | | EDI: JEFFERSONCAP.COM | Jul 16 2025 00:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518719493 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 15 2025 20:50:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 518627522 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2025 21:03:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519701633 | ^ | MEBN | Jul 15 2025 20:47:21 | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015, Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015-1831 |
| 519701632 | ^ | MEBN | Jul 15 2025 20:47:20 | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015-1831 |
| 518614037 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 15 2025 20:50:00 | NJ EZ Pass, PO Box 4971, Re: (NJ) L16GBG; B201949054429;, 2000459766632, Trenton, NJ 08650 |
| 518614036 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 15 2025 20:50:00 | NJ EZ Pass, PO Box 4971, Re: (NJ) Z63LDX; B201948370088;, 2000459766632, Trenton, NJ 08650 |
| 519688837 | ^ | MEBN | Jul 15 2025 20:47:04 | Nationstar Mortgage LLC as servicing agent for Lak, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 518614038 | + | Email/Text: bankruptcy@pseg.com | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2025 | Form ID: 3180W | Total Noticed: 62 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 15 2025 20:49:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 71 092 010 07, Cranford, NJ 07016-0490 |
| 518705145 | | EDI: Q3G.COM | Jul 16 2025 00:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518705144 | | EDI: Q3G.COM | Jul 16 2025 00:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518614041 | + | EDI: SYNC | Jul 16 2025 00:38:00 | SYNCB/JC Penney, PO Box 960090, Orlando, FL 32896-0090 |
| 518614039 | + | Email/Text: bankruptcy@sw-credit.com | Jul 15 2025 20:51:00 | Southwest Credit Systems, 4120 International Parkway, # 1100, Re: T Mobile, Carrollton, TX 75007-1958 |
| 518614042 | + | EDI: SYNC | Jul 16 2025 00:38:00 | Syncb/Networks/Home, PO Box 965036, Orlando, FL 32896-5036 |
| 518614043 | + | EDI: SYNC | Jul 16 2025 00:38:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518615811 | ^ | MEBN | Jul 15 2025 20:46:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518614044 | | EDI: AISTMBL.COM | Jul 16 2025 00:38:00 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 518628566 | + | EDI: AIS.COM | Jul 16 2025 00:38:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518614045 | | Email/Text: mkerzic@thriftinvestment.com | Jul 15 2025 20:51:00 | Thrift Investment Corp, 720 King George Post Rd, Fords, NJ 08863 |
| 518614046 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 15 2025 20:50:00 | Toyota Financial Services, 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 518666041 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 15 2025 20:50:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518614048 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 15 2025 21:03:50 | Wells Fargo, 101 N. Phillips Avenue, Sioux Falls, SD 57104-6714 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518661894 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2025    Signature:    /s/Gustava Winters

Case 19-33051-MEH    Doc 54    Filed 07/17/25    Entered 07/18/25 00:15:18    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2025 | Form ID: 3180W | Total Noticed: 62 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Ashley Pascuzzi | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ecfnotices@grosspolowy.com |
| Ashley Pascuzzi | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing  LLC ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Ewing Township eholdren@hillwallack.com hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Elizabeth L. Wassall | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| John Zimnis | on behalf of Debtor Sherream V Williams njbankruptcylaw@aol.com |
| John R. Morton, Jr. | on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Laura M. Egerman | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13