Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                         Case No.: 19−33051−MEH
                         Chapter: 13
                         Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sherream V Williams
   aka Sherrean Williams
   50 Rosedale Avenue
   Ewing, NJ 08638

Social Security No.:
   xxx−xx−2600

Employer's Tax I.D. No.:

---

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>August 15, 2025</u>            <u>Mark Edward Hall</u>
                                       Judge, United States Bankruptcy Court